The Honorable Ricardo S. Martinez

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION**

| | |
|---|---|
| J.N.C. and J.D.C., by and through their parents and legal guardians, PAUL Y. CHUNG and IRIS J. CHUNG,<br><br>– and –<br><br>JOELLE G. CHUNG,<br><br>– and –<br><br>A.A.B. and A.H.B., by and through their parents and legal guardians, RICHARD D. BOGGESS and JANET L. BOGGESS,<br><br>*Plaintiffs*,<br><br>v.<br><br>WASHINGTON INTERSCHOLASTIC ACTIVITIES ASSOCIATION,<br><br>*Defendant*. | No. 3:19-cv-05730-RSM<br><br>**STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER**<br><br>**NOTE ON MOTION CALENDAR: SEPTEMBER 8, 2020** |

In accordance with LCR 10(g), the parties jointly stipulate to a modification of the deadline for dispositive motions in the scheduling order previously entered in this case (ECF 39). In accordance with LCR 7(k), the parties conferred regarding the filing of cross-motions for summary judgment. Defendant does not anticipate filing a motion for summary judgment, but Plaintiffs will be filing. The parties' stipulation would extend Plaintiffs' time to do so from September 15, 2020, until September 29, 2020, for a motion to be noticed for Friday, October 30, 2020, as follows:

All dispositive motions must be FILED by                    09/29/2020

This stipulation is justified by Plaintiffs' need for additional time to prepare their dispositive motion in light of the extensive record developed in this case and the fact that on Friday September 4, 2020, the associate taking the lead on drafting Plaintiffs' motion for summary judgment had a family medical emergency that removes him from being able to work on the brief for at least the week following. An additional factor is Plaintiffs' counsel's litigation schedule in other matters, which includes an oral argument before the U.S. Court of Appeals for the Eighth Circuit on September 22, 2020, an appellant's brief at the U.S. Court of Appeals for the Fifth Circuit due on September 21, 2020, an appellant's brief at the U.S. Court of Appeals for the Tenth Circuit due on September 28, 2020, and several other deadlines in other matters pending before federal district courts. The Plaintiffs' intended noting date of October 30, 2020, allows Defendant one additional week of time to respond to the motion, which the parties agree is appropriate and justified under the circumstances.

The purpose of this stipulation and order is not for delay, and no party will be prejudiced by its being granted.

**LCR 10(g) ORDER ON STIPULATION**

It is so ordered.  **DATED: 9/11/2020.**

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted this 8th day of September, 2020.

| /s/ *Steven A. Rockey* | /s/ *Eric S. Baxter* |
|---|---|
| THOMAS C. STRATTON, WSBA #14545 | CHARLES R. STEINBERG, WSBA #23980 |
| STEVEN A. ROCKEY, WSBA #14508 | The Steinberg Law Firm, P.S. |
| Rockey Stratton, P.S. | 323 N. Miller Street |
| 3010 NE 182nd St. | Wenatchee, WA 98801 |
| Lake Forest Park, WA 98155-4120 | (509) 662-3202 |
| (206) 223-1688 | charles@ncwlaw.com |
| tom@erslaw.com | |
| stever@erslaw.com | ERIC S. BAXTER (*Pro Hac Vice*) |

*Attorneys for Defendants*

JOSEPH C. DAVIS (*Pro Hac Vice*)
The Becket Fund for Religious Liberty
1200 New Hampshire Ave, N.W.
　Suite 700
Washington, DC 20036
(202) 955-0095
ebaxter@becketlaw.org

*Attorneys for Plaintiffs*