The Honorable Ricardo S. Martinez

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| J.G.C., J.N.C., and J.D.C., by and through their parents and legal guardians, PAUL Y. CHUNG and IRIS J. CHUNG, <br><br> – and – <br><br> JOELLE G. CHUNG, <br><br> – and – <br><br> A.A.B. and A.H.B., by and through their parents and legal guardians, RICHARD D. BOGGESS and JANET L. BOGGESS, <br><br> *Plaintiffs*, <br><br> v. <br><br> WASHINGTON INTERSCHOLASTIC ACTIVITIES ASSOCIATION, <br><br> *Defendant*. | Civil Action No. 3:19-cv-05730-RSM <br><br> **ORDER MODIFYING SCHEDULING ORDER** <br><br> NOTED ON MOTION CALENDAR OCTOBER 23, 2020 |

Having reviewed the parties' joint stipulation and order modifying scheduling order (ECF 56), the Court GRANTS the parties' motion. The remaining deadlines listed in this case's scheduling order (ECF 39) are modified as follows:

| | |
|---|---|
| **FIVE DAYS TRIAL** set for 09:00 AM on | April 19, 2021 |
| (Plaintiffs have demanded trial by jury)**** | |
| Mediation per LCR 39.1(c)(3) HELD no later than | 3/16/2021 |
| Letter of compliance as to LCR 39.1 FILED by | 3/30/2021 |

Order Modifying
Scheduling Order
3:19-cv-05730-RBL

THE BECKET FUND FOR RELIGIOUS LIBERTY
1200 NEW HAMPSHIRE AVE. NW, SUITE 700
WASHINGTON, DC 20036
TELEPHONE (202) 955-0095

| | |
|---|---|
| Motions in limine must be FILED by and noted on the motion calendar no later than the Friday before the Pretrial Conference. (See LCR 7(d)(4)) | 3/15/2021 |
| Agreed Pretrial Order OR if counsel request to Dispense with, and the Court approves, Witness and Exhibit Lists are due on | 4/1/2021 |
| Pretrial conference will be HELD at 8:30 AM on | 4/9/2021 |
| (Jury Trial) Proposed Voir Dire, Jury Instructions and Trial Briefs or (Bench Trial) Trial Briefs and Proposed Findings of Fact and Conclusions of Law shall be filed by | 4/5/2021 |

DATED this 28th day of October, 2020.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

*Presented by*:

| | |
|---|---|
| | /s/ *Joseph C. Davis* |
| CHARLES R. STEINBERG, WSBA #23980 | ERIC S. BAXTER (*Pro Hac Vice*) |
| The Steinberg Law Firm, P.S. | JOSEPH C. DAVIS (*Pro Hac Vice*) |
| 323 N. Miller Street | The Becket Fund for Religious Liberty |
| Wenatchee, WA 98801 | 1200 New Hampshire Ave, N.W. |
| (509) 662-3202 | Suite 700 |
| charles@ncwlaw.com | Washington, DC 20036 |
| | (202) 955-0095 |
| | ebaxter@becketlaw.org |

*Attorneys for the Plaintiffs*

Order Modifying
Scheduling Order
3:19-cv-05730-RBL

THE BECKET FUND FOR RELIGIOUS LIBERTY
1200 NEW HAMPSHIRE AVE. NW, SUITE 700
WASHINGTON, DC 20036
TELEPHONE (202) 955-0095