UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| J.N.C. and J.D.C., by and through their parents and legal guardians, PAUL Y. CHUNG and IRIS J. CHUNG,<br><br>– and –<br><br>JOELLE G. CHUNG,<br><br>– and –<br><br>A.A.B. and A.H.B., by and through their parents and legal guardians, RICHARD D. BOGGESS and JANET L. BOGGESS,<br><br>           *Plaintiffs*,<br><br>    v.<br><br>WASHINGTON INTERSCHOLASTIC ACTIVITIES ASSOCIATION,<br><br>           *Defendant*. | Case No. C19-05730-RSM<br><br>ORDER ON STIPULATED MOTION TO RESET TRIAL DATE AND PRETRIAL DEADLINES |

This matter comes before the Court on parties' stipulated motion to reset trial dates and pretrial deadlines. Dkt. #83. Having reviewed parties' proposed deadlines, the Court sets the trial and pretrial schedule as follows:

**FIVE DAYS TRIAL** set for 09:00 AM on                                        August 30, 2021

(Plaintiffs have demanded trial by jury)****

Mediation per LCR 39.1(c)(3) HELD no later than                  6/18/2021

ORDER ON STIPULATED MOTION
TO RESET TRIAL DATE AND
PRETRIAL DEADLINES

| | | |
|---|---|---|
| 1 | Letter of compliance as to LCR 39.1 FILED by | 8/10/2021 |
| 2 | Motions in limine must be FILED by | 7/28/2021 |
| 3-4 | Agreed Pretrial Order OR if counsel request to Dispense with, and the Court approves, Witness and Exhibit Lists are due on | 8/12/2021 |
| 5 | Pretrial conference | TO BE SET BY THE COURT |
| 7-9 | (Jury Trial) Proposed Voir Dire, Jury Instructions and Trial Briefs or (Bench Trial) Trial Briefs and Proposed Findings of Fact and Conclusions of Law shall be filed by | 8/16/2021 |

The parties further stipulate that they will not object to the offering of testimony by means of remote video technology from any witness who—for reasons of health concerns related to COVID-19, physical proximity to the court's location in the Western District of Washington, and/or conflicts created by their school or employment schedules or requirements—would incur significant hardship or expense from a requirement to appear in person at trial. This stipulation does not displace any otherwise-applicable rule or order that may exist requiring this Court's approval for such testimony irrespective of the lack of objection of the parties.

IT IS SO ORDERED.

Dated this 24th day of March, 2021.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER ON STIPULATED MOTION
TO RESET TRIAL DATE AND
PRETRIAL DEADLINES