The Honorable Ricardo S. Martinez

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| J.N.C. and J.D.C., by and through their parents and legal guardians, PAUL Y. CHUNG and IRIS J. CHUNG, <br><br> – and – <br><br> JOELLE G. CHUNG, <br><br> – and – <br><br> A.A.B. and A.H.B., by and through their parents and legal guardians, RICHARD D. BOGGESS and JANET L. BOGGESS, <br><br>　　　　　*Plaintiffs*, <br>　　v. <br><br> WASHINGTON INTERSCHOLASTIC ACTIVITIES ASSOCIATION, <br><br>　　　　　*Defendant*. | Civil Action No. 3:19-cv-05730-RSM <br><br> **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** <br><br> NOTE ON MOTION CALENDAR September 20, 2021 |

The parties through their undersigned counsel of record hereby jointly stipulate that this lawsuit and all claims, causes of action and counts asserted herein be dismissed with prejudice, with each of the parties to bear his, her or its own costs and attorney fees, pursuant to the terms of settlement between the plaintiffs and defendant, and that the court should enter the Order subjoined hereto so stating.

Stipulation and Order of Dismissal With Prejudice and
Without Costs or Fees Award
3:19-cv-05730-RSM

**ROCKEY STRATTON, P.S.**
ATTORNEYS AT LAW
3010 NE 182ND STREET
LAKE FOREST PARK, WASHINGTON 98155-4120
(206) 223-1688

RESPECTFULLY SUBMITTED this 8th day of September, 2021.

| | |
|---|---|
| /s/*Steven A. Rockey* | /s/*Charles R. Steinberg* |
| THOMAS C. STRATTON, WSBA #14545 | CHARLES R. STEINBERG, WSBA #23980 |
| STEVEN A. ROCKEY, WSBA #14508 | The Steinberg Law Firm, P.S. |
| Rockey Stratton, P.S. | 323 N. Miller Street |
| 3010 NE 182nd St. | Wenatchee, WA 98801 |
| Lake Forest Park, WA 98155-4120 | (509) 662-3202 |
| (206) 223-1688 | charles@ncwlaw.com |
| tom@erslaw.com | |
| stever@erslaw.com | /s/*Eric S. Baxter* |
| | ERIC S. BAXTER (*Pro Hac Vice*) |
| *Attorneys for Defendant* | JOSEPH C. DAVIS (*Pro Hac Vice*) |
| | The Becket Fund for Religious Liberty |
| | 1919 Pennsylvania Ave, N.W. |
| |   Suite 400 |
| | Washington, DC 20006 |
| | (202) 955-0095 |
| | jdavis@becketlaw.org |
| | |
| | *Attorneys for Plaintiffs* |

## ORDER

THIS MATTER having come on upon the above stipulation of the parties to this lawsuit, and good cause appearing,

NOW, THEREFORE,

IT IS HEREBY ORDERED that this action and all claims, causes of action and counts asserted in it are dismissed with prejudice, in their entirety, with each of the parties to bear his, her or its own costs and attorney fees.

DATED this 21st day of September, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Stipulation and Order of Dismissal With Prejudice and
Without Costs or Fees Award
3:19-cv-05730-RSM

**ROCKEY STRATTON, P.S.**
ATTORNEYS AT LAW
3010 NE 182ND STREET
LAKE FOREST PARK, WASHINGTON 98155-4120
(206) 223-1688

PRESENTED JOINTLY BY:

| | |
|---|---|
| /s/Steven A. Rockey | /s/Charles R. Steinberg |
| THOMAS C. STRATTON, WSBA #14545 | CHARLES R. STEINBERG, WSBA #23980 |
| STEVEN A. ROCKEY, WSBA #14508 | The Steinberg Law Firm, P.S. |
| Rockey Stratton, P.S. | 323 N. Miller Street |
| 3010 NE 182nd St. | Wenatchee, WA 98801 |
| Lake Forest Park, WA 98155-4120 | (509) 662-3202 |
| (206) 223-1688 | charles@ncwlaw.com |
| tom@erslaw.com | |
| stever@erslaw.com | /s/Eric S. Baxter |
| | ERIC S. BAXTER (*Pro Hac Vice*) |
| *Attorneys for Defendants* | JOSEPH C. DAVIS (*Pro Hac Vice*) |
| | The Becket Fund for Religious Liberty |
| | 1919 Pennsylvania Ave, N.W. |
| | Suite 400 |
| | Washington, DC 20006 |
| | (202) 955-0095 |
| | jdavis@becketlaw.org |
| | |
| | *Attorneys for Plaintiffs* |

Stipulation and Order of Dismissal With Prejudice and
Without Costs or Fees Award
3:19-cv-05730-RSM

**ROCKEY STRATTON, P.S.**
ATTORNEYS AT LAW
3010 NE 182ND STREET
LAKE FOREST PARK, WASHINGTON 98155-4120
(206) 223-1688